AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF __NEVADA_____

ARTURO TORRES OCHOA,

          Plaintiff,

V.

RENEE BAKER, et al.,

          Defendant(s).

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  3:13-cv-00245-MMD-VPC

\_\_    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_    **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for failure to pay the filing fee.

       July 25, 2013                      **LANCE S. WILSON**
                                            Clerk

                                            /s/ K. Rusin
                                            Deputy Clerk