UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARTURO TORRES OCHOA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>RENEE BAKER, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 3:13-cv-00245-MMD-VPC<br><br>ORDER |

　　　　This closed action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. By order filed July 24, 2013, this Court entered an order dismissing this action pursuant to 28 U.S.C. § 1915(g). (Dkt. no. 9). Judgment was entered on July 25, 2013. (Dkt. no. 10). Since that time, plaintiff has filed several notices and motions with this Court. (Dkt. nos. 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, and 22). Plaintiff continues to request that the Court allow him to maintain this action, contrary to the order of July 24, 2013. Plaintiff has filed three motions for the appointment of counsel since the dismissal of this action. (Dkt nos. 14, 15, 22.) Plaintiff's filings are repetitive and his motions lack merit. Further, due to the pattern of numerous, repetitive, and vexatious filings by plaintiff, the Court now restricts plaintiff's filings in this action. *See De Long v. Hennessey*, 912 F.2d 1144, 1148 (9th Cir. 1990) ("Flagrant abuse of the judicial process cannot be tolerated because it enables one person to preempt the use of judicial time that properly could be used to consider the meritorious claims of other litigants.")

1 | IT IS THEREFORE ORDERED that plaintiff's motions for the appointment of counsel (dkt. nos. 14, 15, and 22) are DENIED.

IT IS FURTHER ORDERED that plaintiff's motions to allow the filing of the complaint in this action (dkt. nos. 17 & 18) are DENIED.

IT IS FURTHER ORDERED that plaintiff shall file no further documents in this closed action. All further documents submitted by plaintiff, save a notice of appeal, shall be stricken from the record.

DATED THIS 19th day of August 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE